IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:08-CV-61-GCM**

| | | |
|---|---|---|
| CHARLOTTE GUTTER PROTECTION, | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| GUTTERGUARD, LLC, GUTTERGUARD | ) | |
| INC. f/k/a GutterGuard of North Carolina, Inc. | ) | |
| And DIXIE HOMECRAFTERS, LLC | ) | |
| f/k/a Dixie HomeCrafters, Inc. | ) | |
| Defendants. | ) | |
| | ) | |

    THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Rule 26(f) Conference and Discovery Plan [doc. 7] on May 28, 2008. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Tuesday, June 17, 2008 at 2:00 p.m.**.

    IT IS SO ORDERED.

                                            Signed: June 4, 2008

                                            Graham C. Mullen
                                            United States District Judge